# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

PAMELA FRANKLIN                                                  PLAINTIFF

v.                              No. 4:25-cv-1047-DPM

SOCIAL SECURITY
ADMINISTRATION, Commissioner                    DEFENDANT

## JUDGMENT

Franklin's claim is remanded for further administrative review. This is a "sentence four" remand.  42 U.S.C. § 405(g);  *Melkonyan v. Sullivan*, 501 U.S. 89, 98, 101–02 (1991).

_____
D.P. Marshall Jr.
United States District Judge

30 March 2026