IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

PAMELA FRANKLIN                                                        PLAINTIFF

v.                                    No. 4:25-cv-1047-DPM

SOCIAL SECURITY
ADMINISTRATION, Commissioner                          DEFENDANT

## ORDER

The Government doesn't object to Franklin's motion for an award of fees under 28 U.S.C. § 2412(d). The request is timely. *Shalala v. Schaefer*, 509 U.S. 292, 302–03 (1993). The hours are reasonable, and the parties agree that Franklin is entitled to an award of $2,756.96. The unopposed motion, *Doc. 13*, is therefore granted. The Court awards $2,756.96 — payable directly to Franklin, subject to any offset to satisfy any preexisting debt owed to the United States. *Astrue v. Ratliff*, 560 U.S. 586, 591 (2010). The check should be mailed to Franklin's lawyer.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

13 July 2026